# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:14-cv-3322-M |
| LNV CORPORATION, ET AL., | § § § | |
| Defendants. | § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Having considered Plaintiffs' motion to extend time to file an amended complaint to November 13, 2014 (the "Motion") the Court finds that the Motion should be, and hereby is, **GRANTED**. It is therefore:

ORDERED, ADJUDICATED, AND DECREED that the Motion is GRANTED, and that Plaintiffs Samuel G. Breitling and JoAnn Breitling ("Plaintiffs") are hereby ordered to amend their Original Petition (the "Petition") by November 13, 2014.

Signed this _____ day of _____2014.

_____
United States District Judge