# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING AND JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:14-cv-3322-M |
| LNV CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR STAY OF FUTURE MOTIONS AND FILING OF AMENDED COMPLAINT**

Having considered Plaintiffs' motion for stay of future motions and filing of amemded complaint (the "Motion") the Court finds that the Motion should be, and hereby is, **GRANTED**. It is therefore:

ORDERED, ADJUDICATED, AND DECREED that the Motion is GRANTED, and that a stay is hereby ordered and will remain in effect until a final decision is made regarding the question of Federal jusrisdiction and whether this case will be remanded.

Signed this _____ day of _____2014.

_____
United States District Judge