# Exhibit H

**Reversed and Remanded and Opinion filed January 13, 2015.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-13-00932-CV

**RUBY YARBROUGH AND WILBURN E. YARBROUGH, Appellants**

**V.**

**HOUSEHOLD FINANCE CORPORATION III, Appellee**

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. CV-0069412**

## O P I N I O N

In an issue of first impression, we must decide whether an affirmative defense of forgery, supported by an affidavit alleging that the defendants' signatures on a deed of trust were forged, raises a genuine issue of title intertwined with the issue of possession sufficient to deprive a justice court of jurisdiction in a forcible detainer action. We hold that it does. The courts below lacked jurisdiction in this forcible detainer action because determining the right to possession necessarily required the resolution of a title dispute. We reverse the

trial court's judgment and remand with instructions to dismiss the action for lack of jurisdiction.

## I.   BACKGROUND

Household Finance Corporation III filed a complaint for forcible detainer and original petition in justice court to evict Ruby and Wilburn Yarbrough from their home.  The justice court record contains a deed of trust purportedly signed by the Yarbroughs, as borrowers, to secure a loan from Ameriquest Mortgage Company.  The deed of trust allows the trustee to foreclose on the real property that is the subject of this lawsuit, and if so, the borrowers are required to surrender possession.  According to the deed of trust, "If possession is not surrendered, Borrower or such person shall be a tenant at sufferance and may be removed by writ of possession or other court proceeding."

Household Finance purchased the property at a non-judicial foreclosure sale and obtained a substitute trustee's deed conveying the property to Household Finance.  Household Finance initiated this forcible detainer action to obtain possession of the property from the Yarbroughs.  The justice court signed a judgment awarding possession to Household Finance, and the Yarbroughs appealed to the county court.

The Yarbroughs filed a plea to the jurisdiction and an amended plea alleging that the foreclosure sale was void because the deed of trust was forged and void. The Yarbroughs filed an affidavit from Ruby, in which she testified, "The deed of trust on which the purported foreclosure sale was based and that led to this eviction lawsuit, was not signed by my husband or me, and was a forgery."  She testified further, "I understand that people associated with Ameriquest Mortgage forged signatures on many loans, and the Deed of Trust on which the foreclosure sale was based leading to this eviction would be one of them."  Finally, she reiterated that

the deed of trust "was not signed by me or my husband."  The Yarbroughs also filed with their amended plea a copy of their petition in a Texas district court, where the Yarbroughs alleged that the deed of trust was forged.  The Yarbroughs sought damages for wrongful eviction, slander of title, and other causes of action, and they sought a judgment for title to the property.

The county court denied the pleas, and the Yarbroughs amended their answer to assert an affirmative defense of forgery.  Ultimately, the county court signed a final summary judgment awarding Household Finance possession of the property.  The court granted the Yarbroughs' request to set a supersedeas bond, and this appeal followed.

## II.   JURISDICTION

In their first issue, the Yarbroughs contend the justice and county courts lacked jurisdiction in this forcible detainer action because there was a genuine issue regarding title intertwined with the issue of possession.  The title issue concerns whether a tenancy was created by the deed of trust and associated foreclosure sale when the deed of trust was allegedly void due to forgery. Household Finance contends the deed of trust creates a tenancy at sufferance, which generally supports jurisdiction in a forcible detainer action, but Household Finance does not address the merits of the Yarbroughs' forgery argument.[1]

### A.   Standard of Review

Whether a trial court has subject matter jurisdiction is a question of law we review de novo.  *Salaymeh v. Plaza Centro, LLC*, 264 S.W.3d 431, 435 (Tex.

---

[1] Responding to the Yarbroughs' second issue concerning summary judgment, Household Finance claims that the Yarbroughs "presented no signed affidavit or documentary evidence to support [their] affirmative defense of forgery."  However, Ruby's signed affidavit was filed with the amended plea to the jurisdiction.

App.—Houston [14th Dist.] 2008, no pet.) (citing *Tex. Dep't of Parks & Wildlife v. Miranda*, 133 S.W.3d 217, 226 (Tex. 2004)).  The issue is fundamental and may be raised for the first time on appeal.  *Id.*  If a plea to the jurisdiction challenges the existence of jurisdictional facts, we consider relevant evidence submitted by the parties when necessary to resolve the jurisdictional issues raised, as the trial court is required to do.  *Miranda*, 133 S.W.3d at 227.  "[D]ue to the special jurisdictional limitations imposed on justice courts, a plea to the jurisdiction in an eviction case may be based on an affirmative defense raised in the defendant's pleadings that the trial court cannot resolve apart from determining title."  *Gibson v. Dynegy Midstream Servs., L.P.*, 138 S.W.3d 518, 522, 524 (Tex. App.—Fort Worth 2004, no pet.) (defendant raised issue of adverse possession in defensive pleading, and thus, issue of title was so integrally linked that the justice court could not have decided possession without first deciding title).

## B.      Jurisdiction in Forcible Detainer Actions

An action for forcible detainer is a "summary, speedy, and inexpensive remedy for the determination of who is entitled to the possession of premises." *Scott v. Hewitt*, 90 S.W.2d 816 (Tex. 1936); *see also Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).  The only issue to be resolved in a forcible detainer action is the right to immediate possession of the property; the merits of title are not adjudicated.  *Salaymeh*, 264 S.W.3d at 435. Justice courts do not have jurisdiction to determine or adjudicate title to land, and neither does a county court exercising appellate jurisdiction in a forcible detainer action.  *Id.*

When there are issues concerning both title and possession, the issues may be litigated in separate proceedings in different courts with appropriate jurisdiction. *Id.* at 436.  However, when a forcible detainer action presents a genuine issue of

title so intertwined with the issue of possession that a trial court would be required to determine title before awarding possession, then a justice court lacks jurisdiction to resolve the matter. *See Pinnacle Premier Props., Inc. v. Breton*, No. 14-14-00194-CV, — S.W.3d —, 2014 WL 5791549, at *3 (Tex. App.—Houston [14th Dist.] Nov. 6, 2014, no pet. h.) (op. on reh'g); *Bittinger v. Wells Fargo, N.A.*, No. 14-10-00698-CV, 2011 WL 4793828, at *2 (Tex. App.—Houston [14th Dist.] Oct. 11, 2011, no pet.) (mem. op.); *see also Mitchell v. Armstrong Capital Corp.*, 911 S.W.2d 169, 171 (Tex. App.—Houston [1st Dist.] 1995, writ denied). "Accordingly, a justice court is not deprived of jurisdiction merely by the existence of a title dispute; it is deprived of jurisdiction only if resolution of a title dispute is a prerequisite to determination of the right to immediate possession." *Salaymeh*, 264 S.W.3d at 435.

## C.   Landlord-Tenant Relationships and Deeds of Trust

A forcible detainer action requires proof of a landlord-tenant relationship. *Haith v. Drake*, 596 S.W.2d 194, 196 (Tex. App.—Houston [1st Dist.] 1980, writ ref'd n.r.e.); *Dent v. Pines*, 394 S.W.2d 266, 268 (Tex. Civ. App.—Houston 1965, no writ).   Although such a relationship is not a prerequisite to jurisdiction, *see Academy Corp. v. Sunwest N.O.P., Inc.*, 853 S.W.2d 833, 834 (Tex. App.—Houston [14th Dist.] 1993, writ denied), the lack of such a relationship indicates that the case may present a title issue. *See, e.g.*, *Pinnacle Premier Props.*, 2014 WL 5791549, at *3 n.9.

Like the Ameriquest deed of trust here, a deed of trust may include a tenancy-at-sufferance clause that creates a landlord-tenant relationship when the property is foreclosed. *See id.* at *3–4.[2] Under these circumstances, a defendant's

---

[2] Household Finance agrees that it must ultimately prove in a forcible detainer action that "the deed of trust signed by [the Yarbroughs] established a landlord-tenant relationship between"

complaints about defects in the foreclosure process generally do not require a justice court to resolve a title dispute before determining the right to immediate possession, and the justice court has jurisdiction. *See, e.g.*, *id.* at *3; *Glapion v. AH4R I TX, LLC*, No. 14-13-00705-CV, 2014 WL 2158161, at *2 (Tex. App.—Houston [14th Dist.] May 22, 2014, no pet.) (mem. op.); *Maxwell v. U.S. Bank Nat'l Ass'n*, No. 14-12-00209-CV, 2013 WL 3580621, at *2–3 (Tex. App.—Houston [14th Dist.] July 11, 2013, pet. dism'd w.o.j.) (mem. op.).

## D.    Forgery and the Necessity of Resolving Title

Household Finance relies on the familiar principle that a deed of trust's tenancy-at-sufferance clause allows a justice court to resolve the issue of possession independent of title issues. However, in every deed-of-trust case this court has reviewed, including those cited by Household Finance, the defendants did not challenge the validity of the original deed of trust establishing the tenancy-at-sufferance relationship. The defendants challenged defects related to the foreclosure sale and conditions precedent contained within the deed of trust, but the evidence was undisputed regarding (1) the existence of a deed of trust containing a tenancy-at-sufferance clause, and (2) the occurrence of a foreclosure sale, which triggered the tenancy-at-sufferance clause. *See, e.g.*, *Pinnacle Premier Props.*, 2014 WL 5791549, at *3 (no intertwined title issue when the defendants' title dispute was based entirely on contentions that the foreclosure sale was conducted improperly and that the lender had assigned the note to another bank); *Gardocki v. Fed. Nat'l Mortg. Ass'n*, No. 14-12-00921-CV, 2013 WL 6568765, at *4 (Tex. App.—Houston [14th Dist.] Dec. 12, 2013, no pet.) (mem. op.) (no

---

the parties. *See U.S. Bank Nat'l Ass'n v. Freeney*, 266 S.W.3d 623, 625 (Tex. App.—Dallas 2008, no pet.), *cited in Maxwell v. U.S. Bank Nat'l Ass'n*, No. 14-12-00209-CV, 2013 WL 3580621, at *2–3 (Tex. App.—Houston [14th Dist.] July 11, 2013, pet. dism'd w.o.j.) (mem. op.).

intertwined title issue when the defendant alleged that conditions precedent to the foreclosure were not satisfied, such as the plaintiff's failure to provide notice of the foreclosure and a demand to vacate, or the holder's failure to indorse an insurance check); *Maxwell*, 2013 WL 3580621, at *2–3 (no intertwined title issue when the defendant alleged that he was excused from paying the note because the bank had breached certain conditions of the deed of trust, and the foreclosing party was not entitled to enforce the note; "Regardless of whether the bank adhered to the deed of trust before Maxwell defaulted, it is undisputed that the bank foreclosed. Regardless of who could technically enforce Maxwell's note, it is undisputed that the bank bought the property at a foreclosure sale."); *Woodfork v. Bank of Am.*, No. 14-12-00927-CV, 2013 WL 5637751, at *2 (Tex. App.—Houston [14th Dist.] Oct. 15, 2013, no pet.) (mem. op.) (right to possession could be adjudicated without resolving whether the underlying note was usurious or whether the lender's acceleration was proper); *Trotter v. Bank of N.Y. Mellon*, No. 14-12-00431-CV, 2013 WL 1928776, at *3 (Tex. App.—Houston [14th Dist.] May 9, 2013, no pet.) (mem. op.) (no intertwined title issue when the defendant alleged "invalid assignments and other improprieties" related to the foreclosure process); *Bittinger*, 2011 WL 4793828, at *2–3 (no intertwined title issue when the defendant alleged defects regarding the foreclosure sale such as the bank's lack of authority to foreclose).[3]

---

[3] Household Finance cites the following cases in support of its jurisdictional argument, but all have distinguishing facts: *Mortg. Elec. Registration Sys., Inc. v. Knight*, No. 09-04-00452-CV, 2006 WL 510338, at *3–4 & n.4 (Tex. App.—Beaumont Mar. 2, 2006, no pet.) (mem. op.) (rendering judgment in favor of the lender because there was undisputed evidence that the defendants signed a deed of trust with a tenancy-at-sufferance clause); *Villalon v. Bank One*, 176 S.W.3d 66, 68–71 (Tex. App.—Houston [1st Dist.] 2005, pet. denied) (no intertwined title issue when the defendant alleged violations of the Fair Debt Collection Practices Act; the defendant "stipulated" that he financed the purchase of the property with a promissory note secured by a deed of trust, the bank foreclosed and purchased the property, and "the deed of trust provided that [the defendant] and all other occupants of the property became tenants in

When there is no dispute that the parties agreed to a tenancy relationship in the event of foreclosure, the tenancy relationship provides an independent basis for resolving the issue of possession. *See, e.g.*, *Rice*, 51 S.W.3d at 712. But here, the Yarbroughs contend that Household Finance's claim of a tenancy relationship cannot be sustained on a forged deed of trust because such a deed is void ab initio, a nullity, and passes no title. *See Johnson v. Coppel*, No. 01-09-00392-CV, 2012 WL 344757, at *6–7 (Tex. App.—Houston [1st Dist.] 2012, no pet.) (mem. op.) (forged deed of trust is void and passes no title); *Commonwealth Land Title Ins. Co. v. Nelson*, 889 S.W.2d 312, 318 (Tex. App.—Houston [14th Dist.] 1994, writ denied) ("A forged deed is void *ab initio* and inoperative. . . . Thus, when a document is void or void *ab initio*, it is as if it did not exist because it has no effect from the outset."); *1st Coppell Bank v. Smith*, 742 S.W.2d 454, 457 (Tex. App.—Dallas 1987, no pet.) ("A forged deed, or deed of trust, is void, and does not pass title to land."), *overruled on other grounds by Fortune Prod. Co. v. Conoco, Inc.*, 52 S.W.3d 671, 678 (Tex. 2000).

Accordingly, the Yarbroughs argue that a forged deed of trust cannot establish a tenancy-at-sufferance relationship between the Yarbroughs and Household Finance. This case, therefore, is more akin to those in which the parties

---

sufferance following a foreclosure sale"); *Dormady v. Dinero Land & Cattle Co., L.C.*, 61 S.W.3d 555, 556–58 (Tex. App.—San Antonio 2001, pet. dism'd w.o.j.) (no intertwined title issue when it was undisputed the defendant executed a deed of trust with a tenancy-at-sufferance clause, and she alleged a lack of proper notice of the foreclosure and a lack of a proper opportunity to cure any default; these were mere "foreclosure irregularities"); *Rice v. Pinney*, 51 S.W.3d 705, 711–12 (Tex. App.—Dallas 2001, no pet.) (no intertwined title issue based on mere fact that the defendants brought a separate suit in district court; "[I]n this case the [defendants] agreed that a foreclosure pursuant to the deed of trust established a landlord and tenant-at-sufferance relationship between the [parties]."); *Haith v. Drake*, 596 S.W.2d 194, 196–97 (Tex. Civ. App.—Houston [1st Dist.] 1980, writ ref'd n.r.e.) (no title issue when it was undisputed that a buyer would not obtain title until payment in full of the purchase price, and the buyer had not fully performed); *see also Scott*, 90 S.W.2d at 818–19 (defendants could not challenge the validity of the foreclosure sale, but "[n]o contention is made that the vendor's lien notes are not valid and binding").

disputed the existence of a landlord-tenant relationship.   *Cf. Valdez v. Gonzalez Equities, Ltd.*, No. 04-12-00466-CV, 2013 WL 3871063, at *2–3 (Tex. App.—San Antonio July 24, 2013, no pet.) (mem. op.) (intertwined title issue when the parties agreed that they signed a contract for deed but disputed whether the defendant was a purchaser under the contract or became a tenant-at-will at some point); *Hopes v. Buckey Retirement Co.*, No. 13-07-00058-CV, 2009 WL 866794, at *4–5 (Tex. App.—Corpus Christi Apr. 2, 2009, no pet.) (mem. op.) (intertwined title issue when the parties disputed the enforceability of a contract purportedly creating a lien and deed of trust for the defendants' property; the plaintiff foreclosed, obtained a substitute trustee's deed, and claimed a tenancy relationship, but failed to introduce the deed of trust into evidence); *Gibson*, 138 S.W.3d at 522–24 (intertwined title issue when the plaintiff claimed that the defendant entered her property pursuant to a written rental agreement and occupied the property as a tenant at sufferance, but the defendant asserted that it acquired title by adverse possession); *see also Yarto v. Gilliland*, 287 S.W.3d 83, 89 (Tex. App.—Corpus Christi 2009, no pet.) (intertwined title issue when the parties disputed whether a landlord-tenant or buyer-seller relationship existed).   Similarly, in *In re Gallegos*, the Corpus Christi Court of Appeals held that there was an intertwined title issue when the defendant claimed that the transaction creating the tenancy relationship was void under the Texas Constitution.   *See* No. 13-13-00504-CV, 2013 WL 6056666, at *5 (Tex. App.—Corpus Christi Nov. 13, 2013, orig. proceeding) (mem. op.); *see also Mitchell*, 911 S.W.2d at 171 (intertwined title issue when the defendant claimed the substitute trustee's deed was void and had brought suit in district court to set aside the non-judicial foreclosure sale).

Regarding forgery in particular, in *Dass, Inc. v. Smith*, the Dallas Court of Appeals upheld the district court's temporary injunction of a forcible detainer action because the action required the resolution of a title dispute. 206 S.W.3d 197, 201 (Tex. App.—Dallas 2006, no pet.). There was undisputed evidence that Falcon Transit had leased real property from Dass for several years, but the parties disputed the nature of the relationship thereafter. *Id.* at 199. The terms of the lease provided that the tenancy would continue month-to-month at the expiration of the lease, but Falcon Transit's owner claimed that he purchased the property from Dass and introduced into evidence a document purportedly signed by the parties establishing a sale of the property. *Id.* Dass's representative testified that he did not sign the sales agreement and that his signature was a forgery. *Id.* Because the parties disputed the existence of a landlord-tenant relationship and a fact finder would need to resolve whether the purported sales agreement passing title was forged, the determination of the right to immediate possession necessarily required resolution of a title dispute. *See id.* at 201. The justice court lacked jurisdiction. *See id.*

Because the Yarbroughs contend the deed of trust and resulting substitute trustee's deed are void due to forgery, they have raised a genuine issue of title so intertwined with the issue of possession as to preclude jurisdiction in the justice court. A prerequisite to determining the immediate right to possession will be resolution of the Yarbroughs' title dispute concerning forgery of the deed of trust. Accordingly, the justice and county courts lacked jurisdiction.

The Yarbroughs' first issue is sustained.

### III.  CONCLUSION

Having sustained the Yarbroughs' first issue, we reverse the trial court's judgment and remand with instructions to dismiss the action for lack of jurisdiction.


/s/    Sharon McCally
         Justice

Panel consists of Justices Boyce, Jamison, and McCally.

11

# Exhibit I

_EXPEDITE!!!!_

_fee + file 6-18-08_

# MGC Mortgage, Inc.

RECEIVED
JUN 18 2008
BORROWER RELATIONS
L CAMPBELL
Not in System

## Borrower Release of Confidential Information Authorization

To: (Entity & individual who is to receive the following information) _Beneficial Finance_
_1225 Belt Line Rd. #11 Garland TX 75040_

Date: _6-16-08_          Loan Number: _4 938326 (from Wilshire)_

I, _Jo Ann Breitling_ an authorized signor on the above referenced

loan, hereby authorize MGC Mortgage, Inc. to release the following information (please indicate all that are

applicable):                                                  _17100424_

|  |  |  |
|---|---|---|
| _____ | Current Loan Balance |  |
| _____ | Loan Due Date |  |
| _____ | Origination Date |  |
| _____ | Date Loan Paid in Full |  |
| ___✓___ | Other (must be specific) | _entire Loan package_ |
| ___✓___ | Other (must be specific) | _Current payoff_ |
| _____ | Other (must be specific) |  |
| _____ | Other (must be specific) |  |
| _____ | Other (must be specific) |  |

This authorization will remain in effect for 30 days. I understand that I may revoke this authorization at any time
before the records are disclosed, in writing, by mail, fax or e-mail. I further agree to release MGC Mortgage, Inc.
from any liability for providing this specific information as indicated above.

Signature: _Jo. Ann Breitling_

Printed Name: _JoAnn Breitling_
_(214) 805-3068_

_972 530-2798_

_Please call Murlene at Beneficial
if you have any questions. Her number
is (972) 495-8118._

MGC 0697

JUL-03-2008   12:56PM   FROM-Beneficial Garland

## FACSIMILE COVER SHEET

**Beneficial**
Member HSBC Group

Beneficial
1225 BELTLINE ROAD SUITE 11
GARLAND, TEXAS 75040

| To: Borrow Relation | From: Marlene Hay |
| Fax: 972-530-2798 | Phone: 972-495-8118 |
| Total pages + cover sheet: 2   Urgent ☑   Confidential ☑ | Date: 7-3-08 |

Message:

Re: Breitling, Samuel G.
Breitling, JoAnn
5250 Hwy 98
Sachse, Tx 75048

Loan # 171-00424
SS# 0596.

RECEIVED
JUL 03 2008
BORROWER RELATIONS
Not in
System
INVALID Auth

Mrs Breitling has faxed you the MGC release form at this account about 2 days ago. and should be on file.

Requesting the following to be sent
Copy of the ARM Note
Copy of the ARM Rider
And a Verification of Mortgage Payment history.

Please fax to 972 530. 2798

This facsimile is intended only for the named recipient(s) and may contain privileged, confidential, or proprietary information. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this facsimile, or the taking of any action in reliance on the contents of this facsimile transmission, is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the entire transmission, including any copies thereof, to us at our expense. Thank you.

"not in system"

MGC 0367

JUL-02-2008 03:55PM FROM Beneficial Garland                           8726502766              T-859 P.001/002 F-955

## Beneficial
Member HSBC Group

**FACSIMILE COVER SHEET**

RECEIVED
JUL 03 2008
BORROWER RELATIONS

*Incomplete Auth form*

Beneficial
1225 BELTLINE ROAD SUITE 11
GARLAND, TEXAS 75040

| | |
|---|---|
| To: MGC Mortgage | From: Merlen Hoye |
| Fax: 972-530-2798 | Phone: 972-495-8118 |
| Total pages + cover sheet: 2 | Urgent ☑   Confidential ☐ | Date: 7-2-08 |

Message:

Attached you will find the borrower's authorization for
on Breidling, Samuel G
Breatley, Jo Ann
5250 Hwy 78
Sacha, Tx 75048

Loan # 17100424
SS# 0586

Have requested a copy of the Mortgage - ARM note - loan
rider. Also need a verification of Mortgage to be
sent to

Merlen Hoye
Beneficial
1225 Beltline # 11
Garland, Tx 75040
972. 495. 8118
972. 530 - 2798 fax

This facsimile is intended only for the named recipient(s) and may contain privileged, confidential, or proprietary information. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this facsimile, or the taking of any action in reliance on the contents of this facsimile transmission, is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the entire transmission, including any copies thereof, to us at our expense. Thank you.

MGC 0371

# MGC Mortgage, Inc.

7195 Dallas Parkway
Plano, Texas 75024
Tel 866-544-9820
Fax 469-229-8601

## Fax Transmittal

| | |
|---|---|
| **To:** | Merlene |
| **Company:** | Beneficial |
| **Fax Number:** | |
| **Pages:** | 2 (including cover page) |
| **From:** | Borrower Relations |
| **Telephone:** | 866-544-9820 |
| **Date/Time:** | 07/03/08 |
| **RE:** | Brectling |

**Comments:**

MGC Mortgage, Inc ("MGC") has received your faxed request for information regarding the above referenced individuals. Federal law prohibits MGC from releasing information to a third party without the written consent of the borrower. The authorization form you sent is incomplete and your request letter is hard to read. Please resend.

Attached, you will find MGC's Borrower Release of Confidential Information Authorization. The borrower must complete, sign, and return the form in order for MGC to proceed with your request.

This completed form can be mailed to the address above or faxed to:

MGC Mortgage, Inc
Attn: Borrower Relations
Fax: 469-229-8601

Please be sure to include the borrower's name and loan number on all correspondence.

Thank you,

Borrower Relations
MGC Mortgage, Inc.

*This message is intended for the use of the individual or entity to whom it is addressed, and may be information that is* **PRIVILEGED and CONFIDENTIAL.** *Any review, retransmission, dissemination, other use of, or actions taken in reliance upon this information by persons or entities other than the intended recipient is prohibited. Please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.*

MGC 0370

*2nd Reque*



# MGC Mortgage, Inc.

## Borrower Release of Confidential Information Authorization

To: (Entity & individual who is to receive the following information) *Beneficial Finance (Murlone)*
*1225 Belt Line Rd Ste 11*
*Garland TX 75040*

Date: *7-14-08*　　　　Loan Number: *17100424*

I, *JoAnn Breitling* ____ an authorized signor on the above referenced
loan, hereby authorize MGC Mortgage, Inc. to release the following information (please indicate all that are applicable):



_____ Current Loan Balance
_____ Loan Due Date
_____ Origination Date
_____ Date Loan Paid in Full
_____ Other (must be specific)　　_____
_____ Other (must be specific)　　_____
_____ Other (must be specific)　　_____
_____ Other (must be specific)　　_____
_____ Other (must be specific)　　_____

This authorization will remain in effect for 30 days. I understand that I may revoke this authorization at any time before the records are disclosed, in writing, by mail, fax or e-mail. I further agree to release MGC Mortgage, Inc. from any liability for providing this specific information as indicated above.

Signature: *JoAnn Breitling*　*(Co-borrower*
*Samuel G. Breitling)*

Printed Name: *JoAnn Breitling*

*SS  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*
*&  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*

*Please call Murlene at (972) 495-8118*
*and verify what she needs.*　　MGC 0699

5250 Hwy 78
# 750-112
Sachse TX 75048

NORTH TEXAS P&DC
TX 750  4 T
14 JUL 2008  PM

CS

MGC Mortgage Inc
7195 Dallas Pkwy
Plano TX 75024

RECEIVED
JUL 15 2008
By

75024+4922

MGC  0700

## DOCUMENT TYPE CHECKLIST

Date: _____

Prepared by: _____  Dept. _____  Ext. _____

Borrower: _____  Loan No.: 117 100484.

Check the box for the type of **FILE** and the **DOCUMENT TYPE**

### NOTE

- Note
- Rider(s)/Addendum(s)
- Allonge(s)
- Note Modification(s)
- Assumption Agreement
- Judgment
- Guaranty
- Letter of Credit
- Stock Certificates/CD

### COLLATERAL

- Mortgage/Deed of Trust
- Assignment(s) of Mortgage/Deed of Trust
- Modification(s)
- Assignment of Leases and Rents
- Assignment of Assignment of Leases & Rents
- Lease(s)
- Loan Agreement
- Title Policy
- Title Commitment
- Security Agreement
- UCC-3-Continuations
- UCC-3- Assignment
- UCC-3 other
- UCC-1
- Title(s) Car/Mobile Home
- Collateral/Stock Pledge
- Assignment of Life Insurance
- Life Insurance Policy
- Subordination Non Disturbance Attornment Agree
- Tenant Estoppel Agreements
- Lien/Title Searches
- Aircraft Security Agreement
- Participation Agreement
- Real Estate/Land Sale Contract
- Settlement Agreement
- Special Assessment
- Mechanics Lien
- License/Permit

### CREDIT

- ARM Adjustment Notifications
- Correspondence
- Year End Statements
- Hello/Good-Bye/Special Campaign Letters
- Appraisal
- BPO
- Site X
- Survey
- Environmental Report
- Property Condition Report
- Payment History
- Credit Report
- Tax Returns
- Financials
- Application
- Operating Statements
- Rent Rolls
- Final HUD 1
- Truth In Lending
- Transmittal Summary (Form 1008)
- Disclosure-Other
- Loan Committee Profile
- REO Memo/Profile
- Bankruptcy Plan
- Default
- Working File
- Premium Mortgage Insurance (PMI)
- Warranty Deed
- Corporate Documents

### T & I

- Escrow Statements
- Property Insurance
- Flood Hazard Determination
- Flood Certificate
- Tax Certificate
- Property Tax - County
- Property Tax - City
- Property Tax - School
- Property Tax - State

**MGC 0701**

02/03/2009

# Exhibit J

# VINCENT ▮ LOPEZ
# SERAFINO ▮ JENEVEIN

1601 Elm Street, Suite 4100 ▪ Dallas, Texas 75201
Phone 214.979.7400 ▪ Fax 214.979.7402

SCOTT HAYES
DIRECT DIAL: 214-979-7430
SHAYES@VILOLAW.COM

August 2, 2011

**_Via Certified Mail, RRR_**
Patricia W. McCartney
McCartney Law Firm
3006 Lost Maples Circle
Forney, TX  75126

Re:   Cause No. 11-07087; *Samuel G. Breitling and Jo Ann Breitling v. MGC Mortgage, Inc.*; In the 116th District Court of Dallas County, Texas

Dear Ms. McCartney:

I filed on July 21, 2011, MGC's Plea in Abatement relating to the lack of DTPA notice. To date, I have not received any objection to the Plea in Abatement.  As such, pursuant to the Texas Business Commerce Code § 17.505(d), the case is automatically abated until sixty days after my receipt of a notice letter meeting the requirements of DTPA § 17.505(a).

If you have any questions, please let me know.

Sincerely yours,

*Scott Hayes*

Scott Hayes

SEH/jw

cc:

Clerk, 116th District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Box 640
Dallas, TX  75202

000196-00044
231302



★ **TexasLending.com**

**Residential Mortgages**

4100 Alpha Road, Suite 112
Dallas, TX 75244
Toll Free:  800-346-8047, Ext. 312
Direct Phone: 214-550-5124
Fax:  214-442-9277

June 17, 2013

To Whom It May Concern:

I am a loan officer at TexasLending.com.  I was asked by Samuel and Joann Breitling to look into the possibility of their doing a mortgage transaction.

In April of 2013, with authorization from the Breitlings, and operating as their agent, I requested the payoff to their loan from MGC Mortgage Company.  I was advised by MGC Mortgage that they no longer serviced the Breitlings' loan, and had not for about two years.  I was directed to Dovenmuehle Mortgage (DMI), who is a subservicing company, and given the DMI loan number of 1424085965 for their loan on the property at 1704 Cornwall Lane, Sachse, Texas 75048.

Upon contacting DMI, I was informed that they indeed were the new servicer for the Breitlings' loan, but that MGC did in fact still own the loan.

Sincerely,

Glenn Joyner
Reverse Mortgage Consultant
NMLS # 374562

*EXHIBIT "A"*



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

May 21, 2009


JoAnn Breitling
5250 Highway 78, #750-112
Sachse, TX  75048

Re: MGC Mortgage    **D303615**  401

Dear JoAnn Breitling:

Thank you for your recent correspondence regarding a possible violation of consumer protection laws. Consumer complaints help us monitor trends in business practices, and assist us in determining enforcement priorities.

A Compliance Specialist in our office will review the information that you have provided and will contact you if we need additional information. Otherwise, you will not receive further communication from this office regarding your complaint.  Also, this letter does not indicate that the Attorney General will take any action on your complaint.

Please be aware that the Attorney General does not represent private individuals in personal civil matters. In matters of statewide significance, or when substantive evidence is accumulated indicating that a person or business is systematically violating Texas law, the Attorney General can take action on behalf of the collective legal interests of the people of this state.

We appreciate your time and interest in preventing consumer law violations and in the affairs of Texas consumers. We rely on citizens like you to help us enforce the Deceptive Trade Practices Act and other consumer protection laws.


Consumer Protection and Public Health Division
Office of the Attorney General

**MGC Mortgage, Inc.**
May 27, 2009

7195 Dallas Parkway
Plano, Texas 75024
www.mgcmortgage.com
Tel 866-973-3399

Ms. JoAnn Breitling
5250 Highway 78, #750-112
Sachse, TX 75048

Re:    Loan Number 17100424

Dear Ms. Breitling:

MGC Mortgage, Inc. ("MGC") is in receipt of your most recent letter regarding the above
referenced MGC loan. Thank you for your patience while we reviewed your
correspondence.

**Per MGC's records, Mr. Randall Leverett spoke with you on May 19, 2009, regarding the
status of your loan modification request.** Our records further indicate that, based on the
information you provided, you did not qualify for a loan modification because your debt-
to-income ratio is 31%. Should you have additional questions regarding our decision,
**please do not hesitate to contact Mr. Leverett directly at (469) 229-8716.** Also, we have
enclosed a copy of the credit report used for qualification purposes at the time of
origination of this loan.

MGC trusts that the information contained in this letter satisfactorily addresses and states
our position regarding your request. Should you have any questions about the information
contained in this letter, **please do not hesitate to contact Jairsinio Estrada** at
(469) 229-8562, Monday through Friday, from 8:00 a.m. to 5:00 p.m., Central Standard
Time. For all other questions, please contact MGC's Customer Service Center at
(866) 842-4185, Monday through Friday, from 8:30 a.m. to 8:00 p.m. Eastern Time.

Sincerely,

Melissa Hill
VP Customer Relations
MGC Mortgage, Inc.

Enclosure

# MGC Mortgage, Inc.

7195 Dallas Parkway
Plano, Texas 75024
www.mgcmortgage.com
Tel 866-973-3399

May 28, 2009

Ms. JoAnn Breitling
5250 Highway 78, #750-112
Sachse, TX 75048

Re:    Loan Number 17100424

Dear Ms. Breitling:

MGC Mortgage, Inc. ("MGC") is in receipt of your most recent letter regarding the above referenced MGC loan. Thank you for your patience while we reviewed your correspondence.

MGC regrets that you are dissatisfied with our previous responses regarding your request for a loan modification. However, our previous letters sufficiently state our position regarding this matter. MGC feels that we have been responsive and thorough with the review of your financials, but, you do not qualify for a loan modification. Upon further review, there is nothing to add to our previous responses and our position regarding the loan modification request remains unchanged. In reference to President Obama's Homeowner Affordability and Stability Plan, this is a voluntary plan and MGC has opted not to participate in the plan at this time.

Therefore, while we empathize with your situation, there is no additional action required on MGC's part and we now consider this matter closed. Should you have any questions about the information contained in this letter, please do not hesitate to contact Jairsinio Estrada at (469) 229-8562, Monday through Friday, from 8:00 a.m. to 5:00 p.m., Central Standard Time. For all other questions, please contact MGC's Customer Service Center at (866) 842-4185, Monday through Friday, from 8:30 a.m. to 8:00 p.m. Eastern Time.

Sincerely,

Melissa Hill
VP Customer Relations
MGC Mortgage, Inc.

# Exhibit K

To Whom It May Concern:

My name is  Dr. Srinivas R. Panja and I began to see patient Samuel G. Breitling when they were in the Kingwood area seeking medical treatment for their son who has Down syndrome.   Mr. Breitling is 69 years old and he has had Type II Diabetes for over 20 years.  He is a cardiac patient has well with a history of  one open heart surgery twenty years ago, five stents placed in his heart in 1997, 1998, 2006, and 2013.   He currently has yet another blockage that has formed since February, 2013.

I manage Mr. Breitling's diabetic care.  He brings his monitors to office visits, and  on the last office visit I was extremely concerned because Mr. Breitling takes 40 units of insulin daily, 1000 mg of Metformin, and his numbers will be good for one day, and at a dangerous level the next three days.  I asked what was going on in their lives.

Mrs. Breitling comes to every appointment with her husband, and she admitted that they had been under a huge amount of stress for a very long time.  She stated that they were in litigation, not by their choosing, but that they were victims of mortgage fraud.  I told the couple that that did explain to me why there were huge swings in Mr. Breitling's sugar levels, and why he has not been able to control his diabetes.  Stress plays a huge factor in the management of diabetes.

Stress affects everyone in a different way, but the thought of losing one's home, especially someone who has been a public servant and worked in law enforcement his entire career, the thought of eviction could have a devastating effect on Mr. Breitling's health from which he may or may not recover.

Very sincerely,

Srinivas R. Panja, MD          1/15/15
713-936-2966
19701 Kingwood Drive
Kingwood, Texas   77339



**Cardiovascular Association, P.L.L.C.**
*Cardiology, Interventional Cardiology & Electrophysiology*

# BREITLING, SAMUEL G

69 Y old Male, DOB: 06/09/1945
Account Number: 111397
2307 PLEASANT CREEK DR, KINGWOOD, TX-77345
Home: 214-674-6572
Guarantor: BREITLING, SAMUEL G
Insurance: MEDICARE BTX TRAILBLAZER HLTH Payer
ID: 00097k
External Visit ID: 1238370
Appointment Facility: Cardiovascular Assoc (NE)

---

06/26/2014                                    Progress Notes: MARCY L LIM, MD

## Current Medications

Taking NovoLog FlexPen 100 units/mL solution as directed
Taking Aspir 81 81 mg delayed release tablet 1 tab(s) once a day
Taking CoQ10 100 mg 1 tab qd
Taking Plavix 75 mg tablet 1 tab(s) once a day
Taking lisinopril 40 mg tablet 1 tab(s) once a day
Taking pravastatin 20 mg tablet 1 tab(s) once a day (at bedtime)
Taking carvedilol 25 mg tablet 1 tab(s) 2 times a day
Taking hydrochlorothiazide 25 mg tablet 1 tab(s) once a day
Taking metformin 1000 mg tablet 1 tab(s) 2 times a day
Taking Lantus Solostar Pen 100 units/mL solution as directed daily
Taking Lasix 20 mg tablet 1 tab(s) BID
Taking amlodipine 5 mg tablet 1 tab(s) once a day

## Past Medical History

Hypertension
Hyperlipidemia
Diabetes
CABG
Double Bypass
CAD
OSA on CPAP
Multiple PTCA and stents
GERD and Hiatal Hernia

## Allergies

Bioxin
Statin: unable to tolerate high dose

## Reason for Appointment

1. STRESS TEST

## Assessments

1. Coronary Artery Disease - Native Vessels - 414.01 (Primary)

## Procedures

Myocardial Perfusion Stress Test:

Stress Test  The patient was stressed by continuous graded treadmill testing for 5:00 minutes to stage 2 of the Bruce protocol. No cardiac symptoms were reported during stress or recovery. Exercise was ended because of fatigue. The heart rate rose from 60 beats/minute at rest to a maximum of 123 beats/minute during stress, which was 81% of the predicted maximum. The heart rate response is adequate for the level of work performed. The post recovery rate was normal. The BP rose from 138/74 at rest to 156/82 during stress. This blood pressure response is normal for the level of work performed. The resting ECG showed sinus rhythm. No significant ST or T-wave changes were noted with stress. No arrhythmias were detected during stress or in the recovery period. Peak pressure-rate product was 19,188; Maximum workload attained was 7.0 MET'S. Myocardial Perfusion Imaging  Gated Myocardial perfusion SPECT imaging was carried out using 11.3 mCi of Tc99m Sestamibi intravenously at rest and 32 mCi of Tc99m Sestamibi intravenously at stress. The images show a small area of mild reversible apicolateral perfusion defect.. Conclusion  Normal hemodynamic exercise stress test. Normal exercise ECG stress test. Abnormal exercise Tc99m Sestamibi study showing small area of mild apicolateral ischemia. Gated perfusion images show normal left ventricular regional wall motion with an ejection fraction of 60%.

*[signature: Marcy L. L.]*

---

Patient: BREITLING, SAMUEL G   DOB: 06/09/1945   Progress Note: MARCY L LIM, MD   06/26/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically signed by MARCY LIM , MD on 07/01/2014 at
07:01 AM CDT

Sign off status: Completed

---

Cardiovascular Assoc (NE)
18955 Memorial N
HUMBLE, TX 77338
Tel: 281-446-6656
Fax: 281-446-6657

---

Patient: BREITLING, SAMUEL G    DOB: 06/09/1945    Progress Note: MARCY L LIM, MD    06/26/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Exhibit L

**Texas Back Institute - Plano**
6020 W Parker Rd. Ste. 200  Plano, TX 75093-8172
9726085000  Fax:

*Print Date:August 11, 2014*
Page 1
Office Visit

Joann S. Breitling
Female  DOB: 11/08/1949  Pt: 5856  Ins:USDL 8500(MC)

**07/15/2014 - Office Visit: Follow-Up**
**Provider: James D Cable MD**
**Location of Care: Texas Back Institute - Plano**

**History of Present Illness:**
Patient here for six-month followup. She is 90 medical history. She's pretty stressed out because her daughter just had hip surgery, her husband had had another heart stent placed, her son is still dealing with palpitations of achalasia. She still uses her Xanax at bedtime. It's not as helpful as it used to be. The Lexapro has been very helpful. She continues on her Norco as before.
  We've been treating her for many years pursuant to her compensable injury. The effects of that injury have not ceased. She's had extensive diagnostics, and rehabilitation in the past. She has been in a medication management mode for several years now. She is not a candidate for further testing, rehabilitation, or vocational rehabilitation.

**Physical Exam**
**Vital Signs:**

|        | Current     | Prior       |
|--------|-------------|-------------|
| Height: | 62 inches  | 62 inches   |
| Weight: | 150 pounds | 149 pounds  |
| BMI:    | 27.53      | 27.35       |

Joann S. Breitling is anxious. She is sitting comfortably. She does not have difficulty acquiring a full, upright position when getting out of the chair. She is 5ft. 2in. in height and weighs 150lbs with a overweight build. She stands erect. Her gait is balanced. Her pelvis is level with the floor.

Spurlings is positive on the right and negative on the left. Lhermitte's sign is negative

Right deltoid strength is 4. Left deltoid strength is 4. Right biceps strength is 4. Left biceps strength is 4. Right wrist strength is 4. Left wrist strength is 4. Right interossei strength is 4. Left interossei strength is 4. Upper reflexes are symmetrically present and normal. Light touch is normal.

**Assessment for Today's Visit:**
Cervical radicular syndrome

**Plan for today's visit:**
I refilled her Norco, Xanax, Lexapro as before. I'll see her back in 6 months



# Radiology

PATIENT NAME: BREITLING, SAMUEL
PATIENT ID: CVA105329
STUDY DATE : 08/27/2013 01:55:42 PM
PHYSICIAN: LUU

DOB: 03/16/1983
AGE/SEX: 030Y/M
INSTITUTION: CARDIOVASCULAR
ASSOCIATION

---------------- FINAL REPORT ----------------

## CT CHEST W

CT CHEST WITH CONTRAST

TECHNIQUES: Post contrast Axial 1.25 mm scan images from lower neck to upper abdomen performed on GE LightSpeed VCT 64 slice MDCT scanner at Cardiovascular Association facility.

History: Cough, history of pneumonia.

Comparison: None available.

FINDINGS:

The entire thoracic esophagus is moderately dilated up to the GE junction with air fluid/ level.
Part of the upper thoracic esophagus is projected toward the right side of the trachea.
The entire right lung show a mixed pattern of scattered reticulonodular infiltrative type densities.
The left lung is is clear.
No significant enlarged adenopathy is demonstrated.
No fluid or mucous plugging seen in the tracheobronchial tree.
No pleural or pericardial effusion is seen.
Thoracic aorta is without obvious aneurysm.
The pulmonary arteries appear normal caliber without focal filling defects.
Visualized upper abdominal structures appear unremarkable.

IMPRESSIONS:

Moderately dilated thoracic esophagus with air-fluid level, mixed density up to the GE junction concerns for achalasia, please correlate with relevant clinical history of scleroderma type connective-tissue disorder. Unilateral right lung mixed scattered reticular nodular infiltrative type changes.   This pattern can be seen in patient with chronic aspiration bronchopneumonia.

Signed by: Agrawal, Girish MD     Date signed: 08/27/2013 04:53 PM
Board Certified in Diagnostic Radiology

Trung N. Dao, M.D.
Thomas K. Alexander, M.D.
399 W. Campbell Rd., Ste. 212
Richardson, TX 75080
Phone: (972) 234-4994
Fax: (972) 234-4412

September 12, 2013

Re:   Breitling, Samuel
DOB: 03/16/1983

To whom it may concern:

    Samuel Matthew Breitling has been under my care as of 10/12. He is a handicapped individual who was born with down syndrome.

Please contact the office for further information.

Sincerely,

Trung N. Dao, M.D.

# Humble Kingwood Endoscopy Center

19502 Mckay, Suite 101
Humble, TX 77338
Tel: 281-312-6900
Fax: 281-312-3242

## NURSES REPORT FOR POST PROCEDURE

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient Name :** | SAMUEL M BREITLING | | | | **Patient Id :** | 5846 |
| **Date of birth :** | 3/16/1983 | **Age :** | 30 | **Sex :** Male | **Technician/Nurse :** | Leia Engle |
| **Attending Physician :** | Ranga S. Nathan, M.D. | | | | **Referral :** | , |
| **Service Date :** | 09/05/2013 | | | | | |

### RECOVERY ROOM:

**Allergies:**   NKDA
Time In: 11:02 AM
Patient Location/Bed:       Recovery bay #12
Alarms Set
Brakes On
Breath sounds normal
HOB Up
Monitor On
Moves all extremities
Siderails Up
Room air
MAC
Abdomen soft - Yes
All education needs met - Yes
Is the patient pain free - Yes
Medication List Reviewed and copy given to Pt. - Yes
Gag reflex present - Yes
Tolerating liquids - Yes
Glasses returned - Yes, na
Dentures returned - No, na
Pain Level :      0/10 Action: No action  Outcome: pain free

MD Time: 11:05
Family to bedside upon patient arrival

| Aldrete Score | PRE | Intra | Post |
|---|---|---|---|
| ACT | 2 | 2 | 2 |
| CRC | 2 | 2 | 2 |
| LOC | 2 | 1 | 1 |
| RSP | 2 | 2 | 2 |
| SKN | 2 | 2 | 2 |
| Tot.Par | 10 | 9 | 9 |

| Discharge Criteria | POST |
|---|---|
| Activity | 2 |
| Vital Signs | 2 |
| Abdomen | 2 |
| Nausea & Vomiting | 2 |
| Pain | 2 |
| Tot.Par | 10 |

11:02 pt transported to recovery with Scott CRNA at bedside, monitors applied, Monitoring continued, pt awake. Clindamycian 600mg iv started at 11:02, 11:05 patient placed on 6L NC O2 sats 93-94%. 11:10 Dr. Nathan to bedside again to speak with family and assess patient. 11:25 Pt vomited approximately 75cc.  Clindamycian completed at 11:30, temp11:47 98.8. 11:48 placed on 10l face mask. Scott CRNA to bedside to assess patient.  11:52 pt closing eyes, resting O2 90-91% on facemask.  12:00 Dr. Nathan to bedside, 12:02 Ambulance to bedside to transport pt to Kingwood, pt continues to cough bringing up clear sputum
Discharging method:      Ambulance

Discharge Problem:      PROCEDURE COMPLICATIONS

Ambulating per preprocedure status
Discharge instruction sheet given and reviewed with patient and/or family
Patient or significant other verbalized understanding of instructions and explanations
Assessment by MD in Recovery prior to discharge
No change to medication regime, a copy of the list is returned to patient
S/P EGD
Patient discharged to responsible adult
No discharge supplies provided

Page 1 of 2

Copy right @ 2001 MD-Reports. A product of Infinite Software Solutions, Inc.  All right reserved.

## NURSES REPORT FOR POST PROCEDURE

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name :** | SAMUEL M BREITLING | | | **Patient Id :** | 5846 |
| **Date of birth :** | 3/16/1983 | **Age :** | 30 | **Sex :** Male | **Technician/Nurse :** Leia Engle |
| **Attending Physician :** | Ranga S. Nathan, M.D. | | | **Referral :** | , |
| **Service Date :** | 09/05/2013 | | | | |

Discharge Criteria (>=8) Met: Yes
Final Discharge Score: 10@10

Temperature:   97.7 F

**VITAL SIGNS RECORD**

| Time | BP | HR | RR | Sao2 | EKG | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:32 AM | 105/57 | 54 | 14 | 97 | | | | | | | |
| 11:02:49 AM | 087/31 | 105 | 033 | 095% | Normal Sinus Rhythm | 2 | 2 | 1 | 2 | 2 | 9 |
| 11:06 AM | 95/60 | 108 | 33 | 95 | Normal Sinus Rhythm | 2 | 2 | 2 | 2 | 2 | 10 |
| 11:07:54 AM | 095/60 | 120 | 037 | 094% | Normal Sinus Rhythm | 2 | 2 | 2 | 2 | 2 | 10 |
| 11:12:54 AM | 082/42 | 101 | 020 | 088% | Normal Sinus Rhythm | 2 | 2 | 2 | 2 | 2 | 10 |
| 11:17:54 AM | 109/38 | 086 | 022 | 092% | Normal Sinus Rhythm | 2 | 2 | 2 | 2 | 2 | 10 |
| 11:22:54 AM | 132/80 | 087 | 037 | 094% | Normal Sinus Rhythm | 2 | 2 | 2 | 2 | 2 | 10 |
| 11:27:54 AM | 080/35 | 124 | 039 | 089% | Normal Sinus Rhythm | | | | | | |
| 11:32:54 AM | 094/44 | 092 | 041 | 088% | Normal Sinus Rhythm | | | | | | |
| 11:37:54 AM | 060/24 | 091 | 028 | 090% | Normal Sinus Rhythm | | | | | | |
| 11:42:54 AM | 077/34 | 103 | 023 | 089% | Normal Sinus Rhythm | | | | | | |
| 11:47:54 AM | 058/42 | 088 | 025 | 093% | Normal Sinus Rhythm | | | | | | |
| 11:52:54 AM | 089/50 | 079 | 041 | 090% | nsr | | | | | | |
| 11:57:54 AM | 083/47 | 080 | 045 | 091% | nsr | | | | | | |
| 12:02:54 PM | 069/45 | 118 | 036 | 092% | nsr | | | | | | |

| | | | |
|---|---|---|---|
| Electronic Signature | *[signature]* | Leia Engle | 9/5/2013 12:03 PM |
| Report Sign Off Time: | 9/5/2013 12:03:57 PM | | |

Copy right @ 2001 MD-Reports. A product of Infinite Software Solutions, Inc.  All right reserved.

# Humble Kingwood Endoscopy Center

19502 Mckay, Suite 101
Humble, TX 77338
Tel: 281-312-6900
Fax: 281-312-3242

## NURSES REPORT FOR INTRA PROCEDURE

| | | | | |
|---|---|---|---|---|
| **Patient Name :** | SAMUEL M BREITLING | | **Patient Id :** | 5846 |
| **Date of birth :** | 3/16/1983 | **Age:** 30   **Sex:** Male | **Technician / Nurse:** | Winter Lott |
| **Attending Physician :** | Ranga S. Nathan, M.D. | | **Referral :** | , |
| **Service Date:** | 09/05/2013 | | | |

**Allergies:**   NKDA

Time into procedure room: 10:10 AM    Time out of Procedure room: 10:59 AM    Pre procedure Time out:10:13 AM

Room No:   1

Transportation:   Stretcher

Procedure Verified by:   MD, RN, Tech, CRNA, Patient

Monitors applied:   Slept/drowsy, ECG, O2 SAT, BP Cuff, Preassesment H&P reviewed, IV in place and patent, Side Rails up, Mouth piece placed, Alarm limits set

Patient evaluated immediately before anesthesia:

BP: 114/69   HR: 56      Heart Rhythm: Sinus Brady      Resp. rate: 14      R.A.SAO2: 99      Time: 10:13 AM

Airway is clear:     Yes - Oral

**Asst. by:**   Jacquelyn Phillips

O2:   6L/NC Time Start: 10:13 AM

Procedure 1:    EGD  Start Time: 10:17 AM  End Time: 10:18 AM

Scope:      Olympus H180J - 38

**Asst. by:**   Jacquelyn Phillips

**SPECIMEN SENT:**

Lab Name: Alliance

**Asst. by:**   Jacquelyn Phillips

Pre Procedure DX:      Nausea with Vomiting - 787.01

Post Procedure DX:     See Physician's Report

**CLINICAL GUIDELINES:**

EGD

Anxiety related to environment and procedure

Knowledge deficit related to poor recall

Potential for skin damage related to improper placement/malfunction of grounding pad

Potential for loss of responsiveness

Risk for ineffective breathing pattern or impaired gas exchange related to altered level of consciousness or airway obstruction

Risk for decreased cardiac output related to drug effect on myocardium

**EXPECTED:**

Decreased anxiety level

Patient breathes adequately and respiratory rate is within normal limits.

Patient is informed of outcome of procedure

Patient remains comfortable throughout procedure without compromising protective reflexes

Patient remains hemodynamically stable

**NURSES NOTES:**

Copy right @ 2001 MD-Reports. A product of Infinite Software Solutions, Inc.  All right reserved.

## NURSES REPORT FOR INTRA PROCEDURE

| | | | | |
|---|---|---|---|---|
| **Patient Name :** | SAMUEL M BREITLING | | **Patient Id :** | 5846 |
| **Date of birth :** | 3/16/1983 | **Age:** 30 **Sex:** Male | **Technician / Nurse:** | Winter Lott |
| **Attending Physician :** | Ranga S. Nathan, M.D. | | **Referral :** | |
| **Service Date:** | 09/05/2013 | | | |

The procedure was terminated per physician do to pt began to vomit shortly after the scope was inserted. Large amounts of fluid with solids noted. Head of bed was raised, The airway was suctioned, 02 sats began to drop down in the 80-90s (SEE CRNAS RECORD) pt recieved assisted respirations , airway continued to be suctioned, o2 applied via non rebreather. Multiple medications given by Scott Boss CRNA; 10:20 Decadron 12mg ivp, 10:25 Pepcid 20mg ivp, 10:31 Reglan 10 mg ivp, 10:40 Xopenex 1.25 neb tx. Iv abtx initiated at 10:45 Rochephin 1 gram ivpb started by Wlott,rn. Dr Nathan was present during the procedure/event. pt was transfered to PACU with spontaneous resperations.
VS & EKG as per anesthesia record
IV patent, no infiltration, no rednees, or swelling noted. Siderails up, fall precautions observed.
Report given to Leia Engle,RN recovery room nurse.

### ALDRETE SCORES:

| | |
|---|---|
| ACT | 2 |
| CRC | 2 |
| LOC | 2 |
| RSP | 2 |
| SKN | 2 |
| Tot.Par | 10 |

**Asst. by:**    Leia Engle

Consent for procedure(s) signed and witnessed
Consent matches
History and Physical
Patient Identified (Patient states name and date of birth, info verified on ID band)
Patient' statement of correct procedure(s)/site(s)
Physician's Informed Consent/Orders

| | | | |
|---|---|---|---|
| Electronic Signature | *W. Lott, RN* | Winter Lott | 9/5/2013 11:50 AM |
| Electronic Signature | *R. Nathan* | Ranga S. Nathan, M.D. | 9/5/2013 11:50 AM |

**Report Sign Off Time:**    9/5/2013 11:50:40 AM

Copy right @ 2001 MD-Reports. A product of Infinite Software Solutions, Inc.  All right reserved.

## PROGRESS NOTES

| DATE & TIME | |
|---|---|
| 9/5/13 | SE |

9/5/13 — 30 w/M seen for GERD / Intractable Projectile Vomity

- J Nocturnal Cough.
  - Rx Pneumonia Rx in April + December
  - + Rx home Abx
- Mainly N/V Caused by ~ Steak

- Pt Come for OP EGD. After Sedation
  I introduced the Scope into mouth. Pt immediately
  Started Coughing + Vomiting + Vomited Fluid + Solid
  Contents + hence Scope was immediately Removed
  + aspiration Suctioning Done.
- Please Refer to Anesthesia Note for Further management

  R.N.

1:03PM — Pt Resuscitated by Anesthesia + Staff.
  (Resuscitated)
- Pt was given Abx STAT Clindamycin + Rocephin.
- (Plan) Rx Aspiration Pneumonitis.
- (Plan) Care D/w 0⃝ Dr Jaycom + Dr Zhang Pulmonologist
  + SE not be accepting her to w Kingwood Hospital
- Dtr D/w C Mom + Dtr. Events updated
- Reason for ⊖ N/V / GERD unresolved Still.

- Endo attempt Cancelled.
- When Endo Needed / study
  - Gastric Emptying Study
  - NG Suction overnite Before EGD N
    intubation.

  D.N.

*Humble Kingwood*
**ENDOSCOPY CENTER**
19502 McKay Dr., #101 • Humble, TX 77338
Phone: 281.312.6900 • FAX: 281.312.3242
HKE-006 (02/12)

NAME: BREITLING, SAMUEL M
ACT#: 5846
DOB: 03/16/83          AGE: 30
DR: NATHAN, S R MD
DOS: 09/05/13

## PHYSICIANS ORDERS

| DATE & TIME | |
|---|---|
| 9/5 | _Pt to Kingwood Med Center ER_ |
| 11:15AM | _Please notify Dr Zhang on arrival for stat Consult_ |
| | _I have spoke to her_ |
| | _(signature)_ |

*Humble Kingwood*
**ENDOSCOPY CENTER**
19502 McKay Dr., #101 • Humble, TX 77338
Phone: 281.312.6900 • FAX: 281.312.3242   HKE-005 (02/12)

PATIEN
NAME: BREITLING, SAMUEL M
ACT#: 5846
DOB: 03/16/83       AGE: 30
DR: NATHAN, S R MD
DOS: 09/05/13

```
PATIENT NO:        210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE   1    03198
MED REC NO:            445624  22999 HIGHWAY 59 NORTH      09/18/13
GUARANTOR NO:
PATIENT:                       KINGWOOD
BREITLING SAMUEL M                              TX 773394412   ADMITTED     DISCHARGED
                                                               09/05/13     09/14/13
```

```
BILL TO:

  BREITLING SAMUEL M            INPATIENT                    FC=13
  1704 CORNWALL                 ADMIT THRU DISCHARGE CLAIM
  SACHSE         TX
  75048
```

| DATE OF SERVICE | ATT PHYS | FC | ROOM | AC | SERV CODE | REV CODE | DEPT | ROOM DAYS | AND CARE CHARGE | ROOM CHARGES | NONBILL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/13 | 5824 | 13 | ICU20 | IC | ICU | 200 | 0650 | 5 X | 6123.00 | 30615.00 | .00 |
| 09/10/13 | 5824 | 13 | 318TA | IM | ICU | 110 | 0611 | 1 X | 2420.00 | 2420.00 | .00 |
| 09/11/13 | 5824 | 13 | 318TA | IM | IMU | 110 | 0611 | 3 X | 2420.00 | 7260.00 | .00 |

```
                    TOTAL ROOM AND CARE          40295.00
          TOTAL NON BILLABLE ROOM AND CARE            .00
                TOTAL BILLED ROOM AND CARE       40295.00
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| 090513 | 05B462 | 0712 | | 809870 | | 1 | METRONIAZOLE 500MG 100 | 70.00 |
| 090513 | 05B428 | 0712 | | 812618 | | 1 | PIPERACIL/TAZOB 4.5G/1 | 363.00 |
| 090513 | 05B406 | 0712 | | 809870 | | 1 | METRONIAZOLE 500MG 100 | 70.00 |
| 090513 | 05B447 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 090513 | 05B462 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090513 | 05B447 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 090613 | 06B484 | 0712 | | 809870 | | 1 | METRONIAZOLE 500MG 100 | 70.00 |
| 090613 | 06B574 | 0712 | | 809870 | | 1 | METRONIAZOLE 500MG 100 | 70.00 |
| 090613 | 06B526 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 090613 | 06B483 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090613 | 06B606 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090613 | 06B574 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090613 | 06B526 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 090613 | 06B526 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090713 | 07B645 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 090713 | 07B643 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 090713 | 07B697 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | 50.00 |
| 090713 | 07B697 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 090713 | 07B697 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 090713 | 07B673 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |

PATIENT NO:
MED REC NO:        210498386    KINGWOOD MEDICAL CENTER    BILLING DATE    PAGE    2    03198
GUARANTOR NO:      445624       22999 HIGHWAY 59 NORTH     09/18/13
PATIENT:
BREITLING SAMUEL M             KINGWOOD                   TX 773394412    ADMITTED    DISCHARGED
                                                                          09/05/13    09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090713 | 07B625 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090713 | 07B643 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 090713 | 07B643 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090713 | 07B686 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090713 | 07B697 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 090713 | 07B697 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 090813 | 08B715 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 090813 | 08B789 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | 50.00 |
| 090813 | 08B789 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 090813 | 08B789 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 090813 | 08B732 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 090813 | 08B714 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090813 | 08B748 | 0712 | | 805810 | J1940 | 1 | FUROSEMIDE UP TO 20 MG | 19.00 |
| 090813 | 08B763 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090813 | 08B778 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090813 | 08B789 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 090813 | 08B789 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 090813 | 08B732 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 090813 | 08B732 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090913 | 09B808 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 090913 | 09B807 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 090913 | 09B935 | 0715 | | 415356 | | 2 | DEXTROSE 40% SOLUTION | 186.00 |
| 090913 | 09B935 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | 50.00 |
| 090913 | 09B935 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 090913 | 09B935 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 090913 | 09B807 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 090913 | 09B850 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 090913 | 09B807 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090913 | 09B935 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090913 | 09B935 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 090913 | 09B935 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 090913 | 09B850 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 090913 | 09B850 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 090913 | 09B874 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091013 | 10B997 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 091013 | 10B997 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091013 | 10B023 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 091013 | 10B080 | 0715 | | 415356 | | 2 | DEXTROSE 40% SOLUTION | 186.00 |
| 091013 | 10B995 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |

PATIENT NO:      210498386   KINGWOOD MEDICAL CENTER    BILLING DATE   PAGE   3    03198
MED REC NO:      445624      22999 HIGHWAY 59 NORTH     09/18/13
GUARANTOR NO:
PATIENT:                     KINGWOOD
BREITLING SAMUEL M                                      TX 773394412   ADMITTED    DISCHARGED
                                                                       09/05/13    09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091013 | 10B080 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | .50.00 |
| 091013 | 10B080 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 091013 | 10B080 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 091013 | 10B079 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091013 | 10B957 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091013 | 10B065 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091013 | 10B023 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091013 | 10B995 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 091013 | 10B995 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091013 | 10B080 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 091013 | 10B080 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 091113 | 11B141 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 091113 | 11B224 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091113 | 11B166 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091113 | 11B224 | 0715 | | 415356 | | 2 | DEXTROSE 40% SOLUTION | 186.00 |
| 091113 | 11B224 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | 50.00 |
| 091113 | 11B101 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091113 | 11B224 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 091113 | 11B224 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 091113 | 11B101 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091113 | 11B141 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 091113 | 11B141 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091113 | 11B166 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091113 | 11B224 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 091113 | 11B224 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 091113 | 11B208 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091213 | 12B363 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091213 | 12B362 | 0715 | | 415356 | | 2 | DEXTROSE 40% SOLUTION | 186.00 |
| 091213 | 12B362 | 0712 | | 814160 | | 2 | SODIUM ACETATE 40 MEQ/ | 50.00 |
| 091213 | 12B362 | 0712 | | 814220 | | 2 | SODIUM BIPHOSPHATE 15 | 38.00 |
| 091213 | 12B362 | 0712 | | 814310 | | 1 | SODIUM CHLORIDE 120 ME | 21.00 |
| 091213 | 12B282 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 091213 | 12B282 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091213 | 12B330 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091213 | 12B245 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091213 | 12B362 | 0712 | | 801220 | J0610 | 2 | CA GLUCONATE 10 ML INJ | 34.00 |
| 091213 | 12B362 | 0712 | | 808970 | J3475 | 2 | MAGNESIUM SULFATE 50% | 38.00 |
| 091213 | 12B362 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091213 | 12B282 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |

```
PATIENT NO:        210498386    KINGWOOD MEDICAL CENTER    BILLING DATE    PAGE    4    03198
MED REC NO:        445624       22999 HIGHWAY 59 NORTH        09/18/13
GUARANTOR NO:
PATIENT:                        KINGWOOD
BREITLING SAMUEL M                                   TX 773394412      ADMITTED      DISCHARGED
                                                                       09/05/13      09/14/13
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091213 | 12B282 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091313 | 13B447 | 0712 | | 813780 | | 1 | ROCURONIUM VIAL | 487.00 |
| 091313 | 13B447 | 0712 | | 813283 | | 1 | PROPOFOL 20ML SULF FRE | 111.00 |
| 091313 | 13B447 | 0712 | | 809990 | | 1 | MIDAZOLAM HCL/1 MG | 19.00 |
| 091313 | 13B421 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 091313 | 13B421 | 0712 | | 807000 | | 1 | HYDROCORT SUCC TO 100 | 69.00 |
| 091313 | 13B447 | 0712 | | 806130 | | 1 | GLYCOPYRROLATE INJ | 44.11 |
| 091313 | 13B447 | 0712 | | 806130 | | 1 | GLYCOPYRROLATE INJ | 44.11 |
| 091313 | 13B383 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091313 | 13B469 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091313 | 13B502 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091313 | 13B447 | 0712 | | 805160 | J3010 | 1 | FENTANYL CIT 0.1 MG IN | 19.00 |
| 091313 | 13B447 | 0712 | | 808500 | J2001 | 1 | LIDOCAINE HCL 2% 5 ML | 187.00 |
| 091313 | 13B421 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 091313 | 13B421 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091413 | 14B545 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 091413 | 14B545 | 0715 | | 812795 | | 1 | KCL 20MEQ/WATER 100 ML | 70.00 |
| 091413 | 14B542 | 0712 | | 811657 | | 1 | PANTOPRAZOLE 40MG VIAL | 220.00 |
| 091413 | 14B542 | 0712 | | 814251 | A4216 | 1 | SOD CHL 0.9% 10ML SYR | 52.00 |
| 091413 | 14B542 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091413 | 14B556 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| 091413 | 14B519 | 0712 | | 809770 | J2765 | 1 | METOCLOPRAMIDE 10 MG I | 35.00 |
| | | | | | | | SUBTOTAL: | 8565.22 |
| **258-IV SOLUTIONS** | | | | | | | | |
| 090513 | 05B462 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090613 | 06B483 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090613 | 06B606 | 0715 | | 415625 | | 1 | 0.9% NACL 250ML ADV | 53.30 |
| 090613 | 06B607 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090613 | 06B526 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090613 | 06B526 | 0715 | | 415625 | | 1 | 0.9% NACL 250ML ADV | 53.30 |
| 090713 | 07B698 | 0715 | | 415060 | | 2 | AMINO ACIDS 8.5% 500 M | 1056.00 |
| 090713 | 07B645 | 0715 | | 415625 | | 1 | 0.9% NACL 250ML ADV | 53.30 |
| 090713 | 07B673 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090713 | 07B625 | 0715 | | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090713 | 07B697 | 0715 | | 415340 | | 2 | DEXTROSE 50%-WATER 0.5 | 360.00 |
| 090813 | 08B778 | 0715 | | 415625 | | 1 | 0.9% NACL 250ML ADV | 53.30 |
| 090813 | 08B789 | 0715 | | 415340 | | 2 | DEXTROSE 50%-WATER 0.5 | 360.00 |
| 090813 | 08B789 | 0715 | | 415060 | | 2 | AMINO ACIDS 8.5% 500 M | 1056.00 |
| 090913 | 09B935 | 0715 | | 415050 | | 2 | AMINO ACIDS 10% 0.1 G/ | 1114.00 |

PATIENT NO:          210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE   5    03198
MED REC NO:          445624      22999 HIGHWAY 59 NORTH    09/18/13
GUARANTOR NO:
PATIENT:                         KINGWOOD                     TX 773394412   ADMITTED    DISCHARGED
BREITLING SAMUEL M                                                          09/05/13    09/14/13

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 090913 | 09B807 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 090913 | 09B851 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091013 | 10B995 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091013 | 10B080 | 0715 | 415050 | | 2 | AMINO ACIDS 10% 0.1 G/ | 1114.00 |
| 091013 | 10B023 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091013 | 10B079 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091113 | 11B143 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091113 | 11B224 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091113 | 11B166 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091113 | 11B224 | 0715 | 415050 | | 2 | AMINO ACIDS 10% 0.1 G/ | 1114.00 |
| 091213 | 12B240 | 0715 | 415420 | | 1 | FAT EMULSIONS 20% 250 | 488.00 |
| 091213 | 12B363 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091213 | 12B305 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091213 | 12B362 | 0715 | 415050 | | 2 | AMINO ACIDS 10% 0.1 G/ | 1114.00 |
| 091213 | 12B282 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091213 | 12B245 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091313 | 13B383 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| 091313 | 13B422 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091413 | 14B544 | 0715 | 415580 | | 1 | SODIUM CHLORIDE 0.9% 1 | 123.00 |
| 091413 | 14B556 | 0715 | 415570 | | 1 | 0.9% NACL 100ML ADV | 148.00 |
| | | | | | | SUBTOTAL: | 11095.20 |
| 259-DRGS/OTHER | | | | | | | |
| 090613 | 06B574 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090613 | 06B484 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090613 | 06B484 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 090613 | 06B483 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090713 | 07B687 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090713 | 07B687 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 090713 | 07B643 | 0712 | 412080 | | 1 | ACETAMINOPHEN 650 MG S | 2.00 |
| 090713 | 07B644 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090713 | 07B644 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 090713 | 07B697 | 0712 | 812790 | | 1 | POTASSIUM CHLORIDE 4 | 19.00 |
| 090813 | 08B715 | 0712 | 412080 | | 1 | ACETAMINOPHEN 650 MG S | 2.00 |
| 090813 | 08B763 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090813 | 08B777 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090813 | 08B789 | 0712 | 812790 | | 1 | POTASSIUM CHLORIDE 4 | 19.00 |
| 090913 | 09B849 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090913 | 09B849 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 090913 | 09B935 | 0712 | 812790 | | 2 | POTASSIUM CHLORIDE 4 | 38.00 |

PATIENT NO:          210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE   6   03198
MED REC NO:          445624      22999 HIGHWAY 59 NORTH    09/18/13
GUARANTOR NO:
PATIENT:                         KINGWOOD
BREITLING SAMUEL M                                         TX 773394412   ADMITTED    DISCHARGED
                                                                          09/05/13    09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| 090913 | 09B919 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090913 | 09B919 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 090913 | 09B899 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 090913 | 09B802 | 0712 | 412322 | | 1 | ALBUTEROL 2:5MG/0.5ML | 12.00 |
| 091013 | 10B079 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091013 | 10B958 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091013 | 10B958 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 091013 | 10B046 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091013 | 10B080 | 0712 | 812790 | | 2 | POTASSIUM CHLORIDE 4 | 38.00 |
| 091013 | 10B952 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091113 | 11B188 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091113 | 11B208 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091113 | 11B208 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 091113 | 11B096 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091113 | 11B224 | 0712 | 812790 | | 2 | POTASSIUM CHLORIDE 4 | 38.00 |
| 091213 | 12B283 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091213 | 12B362 | 0712 | 812790 | | 2 | POTASSIUM CHLORIDE 4 | 38.00 |
| 091213 | 12B240 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091213 | 12B348 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091213 | 12B348 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 091213 | 12B305 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091313 | 13B421 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091313 | 13B421 | 0712 | 412190 | | 1 | ACETYLCYSTEINE 20% 3 | 89.00 |
| 091313 | 13B490 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091313 | 13B378 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091313 | 13B469 | 0712 | 803730 | | 1 | DICYCLOMINE HCL 5 ML B | 8.00 |
| 091413 | 14B544 | 0712 | 803730 | | 1 | DICYCLOMINE HCL 5 ML B | 8.00 |
| 091413 | 14B542 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091413 | 14B545 | 0712 | 803730 | | 1 | DICYCLOMINE HCL 5 ML B | 8.00 |
| 091413 | 14B556 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| 091413 | 14B519 | 0712 | 412322 | | 1 | ALBUTEROL 2.5MG/0.5ML | 12.00 |
| | | | | | | SUBTOTAL: | 1355.00 |

260-IV THERAPY

| 091413 | 17B848 | 0780 | 481765 | 96365 | 1 | IV INITIAL UP TO 1 HOU | 334.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | SUBTOTAL: | 334.00 |

270-MED-SURG SUPPLIES

| 090613 | 06B523 | 0754 | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
|---|---|---|---|---|---|---|---|
| 090613 | 06B605 | 0754 | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 090713 | 07B696 | 0754 | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |

PATIENT NO: 210498386 KINGWOOD MEDICAL CENTER  BILLING DATE  PAGE  7  03198
MED REC NO: 445624  22999 HIGHWAY 59 NORTH  09/18/13
GUARANTOR NO:
PATIENT:  KINGWOOD
BREITLING SAMUEL M  TX 773394412  ADMITTED  DISCHARGED
09/05/13  09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090713 | 07B642 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 090813 | 08B788 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 090813 | 08B788 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 090913 | 09B848 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 090913 | 09B918 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 091013 | 10B956 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 091113 | 11B207 | 0754 | | 454220 | | 12 | OXYGEN PER HOUR | 696.00 |
| 091313 | 16B814 | 0718 | | 006304 | | 1 | BITE BLOCK ASSEMBLY | 24.00 |
| 091313 | 16B814 | 0718 | | 070325 | | 1 | SENSOR PULSE OX ADULT | 139.00 |
| | | | | | | | SUBTOTAL: | 7123.00 |

272-STERILE SUPPLIES

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090513 | 06B573 | 0718 | | 073406 | | 1 | IV SET PUMP 117" 60DRP | 95.00 |
| 090513 | 06B573 | 0718 | | 073406 | | 1 | IV SET PUMP 117" 60DRP | 95.00 |
| 090613 | 06B573 | 0718 | | 070520 | | 1 | BUTTERFLY 23GX3/4 12" | 24.00 |
| 090613 | 09B854 | 0718 | | 072490 | C1751 | 1 | PICC POWER DUAL LUMEN | 1489.00 |
| 090713 | 08B762 | 0718 | | 073416 | | 1 | SET EXT .2 MICRON | 47.00 |
| 090713 | 08B762 | 0718 | | 073404 | | 1 | SET PRIMARY 3 PORT | 104.00 |
| 090813 | 09B897 | 0718 | | 073416 | | 1 | SET EXT .2 MICRON | 47.00 |
| 090813 | 09B897 | 0718 | | 073404 | | 1 | SET PRIMARY 3 PORT | 104.00 |
| 090913 | 09B897 | 0718 | | 073411 | | 1 | IV SET SECONDARY 30" L | 19.00 |
| 090913 | 09B897 | 0718 | | 073404 | | 1 | SET PRIMARY 3 PORT | 104.00 |
| 090913 | 09B897 | 0718 | | 073404 | | 1 | SET PRIMARY 3 PORT | 104.00 |
| 091113 | 12B329 | 0718 | | 073416 | | 1 | SET EXT .2 MICRON | 47.00 |
| 091213 | 12B329 | 0718 | | 070520 | | 1 | BUTTERFLY 23GX3/4 12" | 24.00 |
| 091213 | 13B468 | 0718 | | 073416 | | 1 | SET EXT .2 MICRON | 47.00 |
| 091213 | 13B468 | 0718 | | 070520 | | 1 | BUTTERFLY 23GX3/4 12" | 24.00 |
| 091313 | 16B814 | 0718 | | 008654 | | 1 | IV SET EXT 6" INJECTIO | 42.00 |
| 091313 | 16B814 | 0718 | | 008966 | | 1 | SET IV PRIMARY PIGGYBA | 46.00 |
| 091313 | 16B814 | 0718 | | 070004 | | 1 | SUCTION LINER 1500CC | 20.00 |
| 091313 | 16B814 | 0718 | | 071507 | C1726 | 1 | CATH BALLOON DIL CRE 1 | 1858.00 |
| 091413 | 14B567 | 0718 | | 070520 | | 1 | BUTTERFLY 23GX3/4 12" | 24.00 |
| | | | | | | | SUBTOTAL: | 4364.00 |

300-LABORATORY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090513 | 05B403 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 090613 | 06B480 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 090713 | 07B622 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 090813 | 08B711 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 090913 | 09B804 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 091013 | 10B954 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |

PATIENT NO: 210498386 KINGWOOD MEDICAL CENTER BILLING DATE PAGE 8 03198
MED REC NO: 445624 22999 HIGHWAY 59 NORTH 09/18/13
GUARANTOR NO:
PATIENT: KINGWOOD TX 773394412 ADMITTED DISCHARGED
BREITLING SAMUEL M 09/05/13 09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091313 | 13B380 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| 091413 | 14B521 | 0736 | | 104240 | 36415 | 1 | VENIPUNCTURE | 30.00 |
| | | | | | | | SUBTOTAL: | 240.00 |
| 301-LAB/CHEMISTRY | | | | | | | | |
| 090513 | 05B403 | 0736 | | 000573 | 80053 | 1 | COMP METABOLIC PANEL | 991.00 |
| 090513 | 05B403 | 0736 | | 000587 | 82553 | 1 | CK MB | 330.00 |
| 090513 | 05B403 | 0736 | | 104065 | 84484 | 1 | TROPONIN QUANT | 434.00 |
| 090513 | 05B460 | 0736 | | 100480 | 82550 | 1 | CREAT KINASE (CK) TOTA | 330.00 |
| 090513 | 05B460 | 0736 | | 000587 | 82553 | 1 | CK MB | 330.00 |
| 090513 | 05B460 | 0736 | | 104065 | 84484 | 1 | TROPONIN QUANT | 434.00 |
| 090513 | 05B425 | 0736 | | 100480 | 82550 | 1 | CREAT KINASE (CK) TOTA | 330.00 |
| 090513 | 05B425 | 0736 | | 000587 | 82553 | 1 | CK MB | 330.00 |
| 090513 | 05B425 | 0736 | | 104065 | 84484 | 1 | TROPONIN QUANT | 434.00 |
| 090613 | 06B488 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00- |
| 090613 | 06B488 | 0736 | | 100489 | 82565 | 1 | CREATININE BLD | 198.00- |
| 090613 | 06B480 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 090613 | 06B480 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090613 | 06B480 | 0736 | | 000573 | 80053 | 1 | COMP METABOLIC PANEL | 991.00 |
| 090613 | 06B480 | 0736 | | 100489 | 82565 | 1 | CREATININE BLD | 198.00 |
| 090613 | 06B481 | 0736 | | 104200 | 80202 | 1 | VANCOMYCIN QUANT | 164.00 |
| 090713 | 07B684 | 0736 | | 103200 | 84132 | 1 | POTASSIUM BLD | 188.00 |
| 090713 | 07B684 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090713 | 07B641 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090713 | 07B622 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 090713 | 07B623 | 0736 | | 104200 | 80202 | 1 | VANCOMYCIN QUANT | 164.00 |
| 090713 | 07B622 | 0754 | | 454015 | 82805 | 1 | BG WITH MEAS O2 SAT | 376.00 |
| 090813 | 08B745 | 0736 | | 103200 | 84132 | 1 | POTASSIUM BLD | 188.00 |
| 090813 | 08B745 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090813 | 08B775 | 0736 | | 104200 | 80202 | 1 | VANCOMYCIN QUANT | 164.00 |
| 090813 | 08B711 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 090813 | 08B711 | 0736 | | 100015 | 80076 | 1 | HEPATIC FUNCTION PANEL | 719.00 |
| 090813 | 08B711 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090913 | 09B804 | 0736 | | 436019 | 83519 | 1 | NEUROPEPTIDE Y QN RIA | 502.00 |
| 090913 | 09B804 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 090913 | 09B804 | 0736 | | 100015 | 80076 | 1 | HEPATIC FUNCTION PANEL | 719.00 |
| 090913 | 09B804 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 090913 | 09B804 | 0754 | | 454015 | 82805 | 1 | BG WITH MEAS O2 SAT | 376.00 |
| 090913 | 09B845 | 0736 | | 103200 | 84132 | 1 | POTASSIUM BLD | 188.00 |
| 090913 | 09B845 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |

```
PATIENT NO:        210498386    KINGWOOD MEDICAL CENTER    BILLING DATE    PAGE    9    03198
MED REC NO:        445624       22999 HIGHWAY 59 NORTH     09/18/13
GUARANTOR NO:
PATIENT:                        KINGWOOD                   TX 773394412    ADMITTED    DISCHARGED
BREITLING SAMUEL M                                                         09/05/13    09/14/13
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091013 | 10B019 | 0736 | | 100450 | 82533 | 1 | CORTISOL TOTAL | 511.00 |
| 091013 | 10B954 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 091013 | 10B954 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 091113 | 11B137 | 0736 | | 104200 | 80202 | 1 | VANCOMYCIN QUANT | 164.00 |
| 091113 | 11B098 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 091113 | 11B098 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 091213 | 12B242 | 0736 | | 100489 | 82565 | 1 | CREATININE BLD | 198.00 |
| 091313 | 13B380 | 0736 | | 436019 | 83519 | 1 | NEUROPEPTIDE Y QN RIA | 502.00 |
| 091313 | 13B380 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 091313 | 13B380 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| 091413 | 14B521 | 0736 | | 436019 | 83519 | 1 | NEUROPEPTIDE Y QN RIA | 502.00 |
| 091413 | 14B521 | 0736 | | 100005 | 80048 | 1 | BMP TOTAL CALCIUM | 704.00 |
| 091413 | 14B521 | 0736 | | 102630 | 83735 | 1 | MAGNESIUM BLD | 303.00 |
| | | | | | | | SUBTOTAL: | 18820.00 |

**305-LAB/HEMATOLOGY**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090513 | 05B403 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 090613 | 06B480 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 090613 | 06B521 | 0736 | | 103400 | 85610 | 1 | PROTIME | 260.00 |
| 090613 | 06B521 | 0736 | | 102990 | 85730 | 1 | PTT | 302.00 |
| 090713 | 07B622 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 090813 | 08B711 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 090913 | 09B804 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 091013 | 10B954 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 091113 | 11B098 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 091313 | 13B380 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| 091413 | 14B521 | 0736 | | 100054 | 85027 | 1 | CBC | 409.00 |
| | | | | | | | SUBTOTAL: | 4243.00 |

**306-LAB/BACT-MICRO**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090513 | 05B403 | 0736 | | 100640 | 87040 | 1 | CULTURE BLOOD | 488.00 |
| 090513 | 05B403 | 0736 | | 100640 | 87040 | 1 | CULTURE BLOOD | 488.00 |
| | | | | | | | SUBTOTAL: | 976.00 |

**320-DX XRAY**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090613 | 09B854 | 0727 | | 428998 | 77001 | 1 | FLUORO GUID CTRL ACC D | 2281.00 |
| | | | | | | | SUBTOTAL: | 2281.00 |

**324-DX X-RAY/CHEST**

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090513 | 05B408 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 090613 | 06B576 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 090613 | 06B485 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 090613 | 06B576 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |

PATIENT NO: 210498386 KINGWOOD MEDICAL CENTER BILLING DATE PAGE 10 03198
MED REC NO: 445624 22999 HIGHWAY 59 NORTH 09/18/13
GUARANTOR NO:
PATIENT: KINGWOOD TX 773394412 ADMITTED DISCHARGED
BREITLING SAMUEL M 09/05/13 09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 090713 | 07B621 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 090813 | 08B716 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 090913 | 09B809 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 091113 | 11B145 | 0728 | | 428090 | 71010 | 1 | XR CHEST 1 V | 688.00 |
| 091313 | 13B426 | 0728 | | 428095 | 71020 | 1 | XR CHEST 2 V | 775.00 |
| | | | | | | | SUBTOTAL: | 6279.00 |
| **352-CT SCAN/BODY** | | | | | | | | |
| 090513 | 05B464 | 0726 | | 426045 | 71250 | 1 | CT CHEST W/O CONTRAST | 4643.00 |
| 090513 | 06B491 | 0726 | | 426045 | 71250 | 1 | CT CHEST W/O CONTRAST | 4643.00- |
| 090513 | 06B485 | 0726 | | 426045 | 71250 | 1 | CT CHEST W/O CONTRAST | 4643.00 |
| 090613 | 06B485 | 0726 | | 426045 | 71250 | 1 | CT CHEST W/O CONTRAST | 4643.00 |
| 090613 | 06B491 | 0726 | | 426045 | 71250 | 1 | CT CHEST W/O CONTRAST | 4643.00- |
| | | | | | | | SUBTOTAL: | 4643.00 |
| **360-OR SERVICES** | | | | | | | | |
| 090613 | 09B854 | 0727 | | 427569 | 36569 | 1 | PERI INSRT CTRL CATH>5 | 1243.00 |
| | | | | | | | SUBTOTAL: | 1243.00 |
| **370-ANESTHESIA** | | | | | | | | |
| 091313 | 16B814 | 0722 | | 422105 | | 1 | ANES 30-MIN INITIAL | 1054.00 |
| 091313 | 16B814 | 0722 | | 422110 | | 1 | ANES EACH ADD 30 | 702.00 |
| | | | | | | | SUBTOTAL: | 1756.00 |
| **410-RESPIRATORY SVC** | | | | | | | | |
| 090613 | 06B523 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090613 | 06B482 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090713 | 07B696 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090713 | 07B642 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090813 | 08B788 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090813 | 08B788 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090913 | 09B848 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090913 | 09B918 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090913 | 09B801 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 090913 | 09B896 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091013 | 10B078 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091013 | 10B951 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091013 | 10B044 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091013 | 10B956 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091113 | 11B207 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091113 | 11B186 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091113 | 11B095 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091213 | 12B328 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |

PATIENT NO:        210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE   11    03198
MED REC NO:            445624  22999 HIGHWAY 59 NORTH       09/18/13
GUARANTOR NO:
PATIENT:                       KINGWOOD
BREITLING SAMUEL M                               TX 773394412    ADMITTED      DISCHARGED
                                                                 09/05/13      09/14/13

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091213 | 12B361 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091213 | 12B239 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091213 | 12B279 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091313 | 13B501 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091313 | 13B419 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091413 | 14B541 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091413 | 14B555 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| 091413 | 14B518 | 0754 | | 454192 | 94640 | 1 | INH TX AC AWY OBST | 75.00 |
| | | | | | | | SUBTOTAL: | 1950.00 |
| 444-SPEECH PATH/EVAL | | | | | | | | |
| 091213 | 12B279 | 0759 | | 459000 | 92610GN | 1 | EVAL ORAL/PHARYNG SWL | 262.00 |
| | | | | | | | SUBTOTAL: | 262.00 |
| 450-EMERG ROOM | | | | | | | | |
| 091413 | 17B848 | 0780 | | 481020 | 99285 | 1 | EMER DEPT LEVEL 5 | 1873.00 |
| | | | | | | | SUBTOTAL: | 1873.00 |
| 460-PULMONARY FUNC | | | | | | | | |
| 090713 | 07B622 | 0754 | | 454402 | 36600 | 1 | ARTERIAL PUNCTURE | 61.00 |
| 090913 | 09B804 | 0754 | | 454402 | 36600 | 1 | ARTERIAL PUNCTURE | 61.00 |
| | | | | | | | SUBTOTAL: | 122.00 |
| 483-ECHOCARDIOLOGY | | | | | | | | |
| 091013 | 10B044 | 0743 | | 443055 | 93306 | 1 | ECHO2D COMP W CF DOP | 6890.00 |
| | | | | | | | SUBTOTAL: | 6890.00 |
| 636-DRUGS REQUIRING DET CODE | | | | | | | | |
| 090513 | 05B462 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 090513 | 05B406 | 0715 | | 415665 | J7030 | 1 | NS 1000 ML | 144.00 |
| 090513 | 05B406 | 0715 | | 415667 | J1265 | 1 | DOPAMINE 400 MG BAG | 240.00 |
| 090513 | 05B447 | 0712 | | 815927 | J3370 | 1 | VANCOMYCIN 1 G VL | 78.12 |
| 090513 | 05B447 | 0712 | | 804413 | J1650 | 1 | ENOXAPARIN 40 MG INJ | 455.00 |
| 090513 | 05B447 | 0715 | | 415665 | J7030 | 1 | NS 1000 ML | 144.00 |
| 090513 | 05B462 | 0715 | | 415665 | J7030 | 1 | NS 1000 ML | 144.00 |
| 090613 | 06B484 | 0715 | | 415665 | J7030 | 1 | NS 1000 ML | 144.00 |
| 090613 | 06B483 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 090613 | 06B606 | 0712 | | 815927 | J3370 | 1 | VANCOMYCIN 1 G VL | 78.12 |
| 090613 | 06B606 | 0715 | | 415665 | J7030 | 1 | NS 1000 ML | 144.00 |
| 090613 | 06B574 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 090613 | 06B607 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 090613 | 06B574 | 0715 | | 415667 | J1265 | 1 | DOPAMINE 400 MG BAG | 240.00 |
| 090613 | 06B526 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 090613 | 06B526 | 0712 | | 815927 | J3370 | 1 | VANCOMYCIN 1 G VL | 78.12 |

PATIENT NO:              210498386    KINGWOOD MEDICAL CENTER    BILLING DATE   PAGE   12    03198
MED REC NO:                445624    22999 HIGHWAY 59 NORTH        09/18/13
GUARANTOR NO:
PATIENT:                               KINGWOOD
BREITLING SAMUEL M                                         TX 773394412      ADMITTED     DISCHARGED
                                                                            09/05/13      09/14/13


DATE OF    BATCH      F        NDC/CPT-4/
SERVICE    REF    DEPT S PROC   HCPCS          QTY SERVICE DESCRIPTION          CHARGES

090613  06B526  0712    804413    J1650        1 ENOXAPARIN 40 MG INJ          455.00
090713  07B645  0712    815927    J3370        1 VANCOMYCIN 1 G VL              78.12
090713  07B673  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090713  07B645  0715    415667    J7030        1 NS 1000 ML                    144.00
090713  07B697  0712    811402    J2405        1 ONDANSETRON 4MG VSYR I         23.00
090713  07B686  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090713  07B686  0712    815927    J3370        1 VANCOMYCIN 1 G VL              78.12
090713  07B686  0712    804413    J1650        1 ENOXAPARIN 40 MG INJ          455.00
090713  07B686  0712    811402    J2405        1 ONDANSETRON 4MG VSYR I         23.00
090713  07B625  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090813  08B781  0712    807461    S5550        1 INSULIN RAPID ONSET 5          15.00-
090813  08B748  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090813  08B764  0712    807461    S5550        1 INSULIN RAPID ONSET 5          15.00
090813  08B709  0712    807461    S5550        1 INSULIN RAPID ONSET 5          15.00
090813  08B778  0712    815927    J3370        1 VANCOMYCIN 1 G VL              78.12
090813  08B778  0712    804413    J1650        1 ENOXAPARIN 40 MG INJ          455.00
090813  08B714  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090813  08B733  0715    415667    J1265        1 DOPAMINE 400 MG BAG           240.00
090813  08B789  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090813  08B714  0712    808964    J3490        1 CMPD MAG SULFATE 1G BA         53.30
090813  08B732  0712    815927    J3370        1 VANCOMYCIN 1 G VL              78.12
090913  09B852  0715    415667    J1265        1 DOPAMINE 400 MG BAG           240.00
090913  09B851  0715    415664    J7050        1 NS 250 ML                      68.00
090913  09B851  0712    815924    J3370        2 VANCOMYCIN 1GM VIAL           268.00
090913  09B936  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090913  09B935  0715    415664    J7050        1 NS 250 ML                      68.00
090913  09B935  0712    815924    J3370        2 VANCOMYCIN 1GM VIAL           268.00
090913  09B935  0712    804413    J1650        1 ENOXAPARIN 40 MG INJ          455.00
090913  09B802  0715    415667    J7030        1 NS 1000 ML                    144.00
090913  09B807  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090913  09B874  0712    812623    J2543        1 PIP SOD/TAZ 4.5 G VL          126.44
090913  09B851  0712    809913    J2248        1 MICAFUNGIN 100 MG INJ        2003.00
091013  10B065  0712    804413    J1650        1 ENOXAPARIN 40 MG INJ          455.00
091013  10B995  0715    415667    J1265        1 DOPAMINE 400 MG BAG           240.00
091013  10B995  0715    415664    J7050        1 NS 250 ML                      68.00
091013  10B080  0715    415664    J7050        1 NS 250 ML                      68.00
091013  10B995  0712    815924    J3370        2 VANCOMYCIN 1GM VIAL           268.00
091013  10B080  0712    815924    J3370        2 VANCOMYCIN 1GM VIAL           268.00
091013  10B995  0712    809913    J2248        1 MICAFUNGIN 100 MG INJ        2003.00

```
PATIENT NO:        210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE  13    03198
MED REC NO:           445624   22999 HIGHWAY 59 NORTH    09/18/13
GUARANTOR NO:
PATIENT:                       KINGWOOD                  TX 773394412   ADMITTED    DISCHARGED
BREITLING SAMUEL M                                                      09/05/13    09/14/13
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 091013 | 10B023 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091013 | 10B957 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091013 | 10B079 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091113 | 11B108 | 0712 | | 807461 | S5550 | 1 | INSULIN RAPID ONSET 5 | 15.00- |
| 091113 | 11B143 | 0712 | | 809913 | J2248 | 1 | MICAFUNGIN 100 MG INJ | 2003.00 |
| 091113 | 11B141 | 0715 | | 415664 | J7050 | 1 | NS 250 ML | 68.00 |
| 091113 | 11B141 | 0712 | | 815924 | J3370 | 2 | VANCOMYCIN 1GM VIAL | 268.00 |
| 091113 | 11B224 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091113 | 11B166 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091113 | 11B101 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091113 | 11B101 | 0712 | | 807461 | S5550 | 1 | INSULIN RAPID ONSET 5 | 15.00 |
| 091113 | 11B208 | 0712 | | 804413 | J1650 | 1 | ENOXAPARIN 40 MG INJ | 455.00 |
| 091213 | 12B363 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091213 | 12B305 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091213 | 12B282 | 0712 | | 809913 | J2248 | 1 | MICAFUNGIN 100 MG INJ | 2003.00 |
| 091213 | 12B245 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091313 | 13B447 | 0715 | | 415666 | J7120 | 1 | LR UP TO 1000 ML | 144.00 |
| 091313 | 13B469 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091313 | 13B502 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091313 | 13B447 | 0712 | | 814571 | J0330 | 1 | SUCCINYLCHOL 200 MG IN | 40.00 |
| 091313 | 13B383 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091313 | 13B422 | 0712 | | 809913 | J2248 | 1 | MICAFUNGIN 100 MG INJ | 2003.00 |
| 091413 | 14B544 | 0712 | | 809913 | J2248 | 1 | MICAFUNGIN 100 MG INJ | 2003.00 |
| 091413 | 14B556 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| 091413 | 14B524 | 0712 | | 812623 | J2543 | 1 | PIP SOD/TAZ 4.5 G VL | 126.44 |
| | | | | | | | SUBTOTAL: | 23476.46 |

```
     730-EKG/ECG
090513 06B571  0744     444145   93005        . 1 EKG TRACING ONLY        653.00
090613 07B670  0744     444145   93005          1 EKG TRACING ONLY        653.00
                                                        SUBTOTAL:        1306.00

     750-GASTROINTESTINAL SVS
091313 16B814  0733     433170   43249          1 UPPER GI ENDO W/BAL DI  2193.00
                                                        SUBTOTAL:        2193.00


                                 TOTAL ANCILLARY CHARGES        111389.88
```

PATIENT NO:        210498386   KINGWOOD MEDICAL CENTER   BILLING DATE   PAGE   14    03198
MED REC NO:        445624      22999 HIGHWAY 59 NORTH       09/18/13
GUARANTOR NO:
PATIENT:                       KINGWOOD
BREITLING SAMUEL M                                     TX 773394412      ADMITTED     DISCHARGED
                                                                         09/05/13     09/14/13


                                            TOTAL CHARGES        151684.88
                                                PAYMENTS              .00
                                             ADJUSTMENTS              .00
                                                 BALANCE        151684.88