IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL G. BREITLING and JO ANN BREITLING, | § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No. 3:14-CV-3322-M |
| v. | § § | |
| LNV CORPORATION, et al., | § § | |
| Defendants. | § § | |
| _____ | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated October 29, 2014, Plaintiffs' Response, Objections of Defendants LNV and MGC and Defendant Tillery's Response, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted, and Judge Tillery's Motion to Remand [Dkt. No. 9] is GRANTED, the Joint Motion to Sever [Dkt. No. 16] is DENIED, the Plaintiffs' Motion to Remand after Determination of Federal Questions Specific to Denial of Due Process and Equal Protection of Law under the United States Constitution [Dkt. No. 24] is DENIED as moot, and this entire action is remanded to the 101st Judicial District Court of Dallas County, Texas, from which it was removed.

1

**SO ORDERED** this 27th day of January, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

2